**RICKEY IVIE (S.B.N: 76864)**
rivie@imwlaw.com
**RODNEY S. DIGGS (S.B.N.: 274459)**
rdiggs@imwlaw.com
**IVIE, McNEILL & WYATT**
**444 South Flower Street, Suite 1800**
**Los Angeles, California 90071**
**Telephone: (213) 489-0028**
**Facsimile: (213) 489-0552**

Attorneys for Defendants
COUNTY OF LOS ANGELES, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTEN WASHINGTON, an Individual, *Plaintiffs,* vs. COUNTY OF LOS ANGELES, et al. *Defendants.* | Case No.: CV12-02872 RGK (AJWx) [Before Honorable R. Gary Klausner, Department 850] **[PROPOSED]** FINAL JUDGMENT |

    The above-entitled matter came on regularly for trial on May 21, 2013, in Department 850 of the above-entitled Court, the Honorable R. Gary Klausner, presiding with a jury, and was tried on that dated and on May 22 and 23, 2013. Stephen King, Esq. and Daniel Ambrose, Esq., appeared as counsel for Plaintiff Quinten Washington. Rickey Ivie, Esq. and Rodney s. Diggs, Esq. appeared as counsel for Defendants, County of Los Angeles, Deputy Gonzalo Galvez and Deputy Diana Funes.

Oral and documentary evidence was introduced on behalf of the respective parties and the case was argued and submitted.  The jury having considered the evidence and heard the arguments of counsel answered the special verdict as follows:

1. Defendants Deputy Gonzalo Galvez and Deputy Diana Funes used excessive or unreasonable force against plaintiff Quentin Washington;
2. Plaintiff Quentin Washington suffered $100,000.00 in non-economic damages for physical pain and mental suffering;
3. Defendants Deputy Gonzalo Galvez and Deputy Diana Funes did not act with malice, oppression or reckless disregard of Plaintiff Quentin Washington's rights.

After the jury rendered its verdict, the Court granted the defense motion to dismissed the Municipal Liability (*Monell)* claim against the County of Los Angeles for insufficient evidence.

Based upon the foregoing jury verdict, IT IS HEREBY ORDERED, ADJUDGED AND DOCREED THAT:

1. Plaintiff shall have judgment against Deputy Gonzalo Galvez and Deputy Diana Funes for the sum of $100,000.00.

IT IS SO ORDERED.

Dated:   May 31, 2013

_____
Honorable R. Gary Klausner
United States District Judge